## 33063. SIKES v. CANTRELL.

FELTON, J. In the trial of issues raised by a counter-affidavit to a distress warrant, where there was no evidence as to what the rental price of the premises was as fixed by O.P.A. except by hearsay testimony, and where there was no evidence as to reasonable rental value for the period of time the tenant held beyond the term, it was not error for the court, trying the case without a jury, to enter judgment for the defendant.

*Judgment affirmed. Sutton, C.J., and Worrill, J., concur.*

DECIDED MAY 19, 1950.

*John Kirby, Robert W. Cagle,* for plaintiff.
*W. C. Lowe,* for defendant.